**Electronically Filed
Supreme Court
SCWC-14-0001125
07-DEC-2017
01:37 PM**

SCWC-14-0001125

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PEAK CAPITAL GROUP, LLC,
Respondent/Plaintiff-Appellee,
vs.
CHRISTOPHER HULL PEREZ, JENNIFER HULL PEREZ,
Respondents/Defendants-Appellees,
and
LINDA WILCOX ROBINSON,
Petitioner/Real-Party-In-Interest-Appellant,
and
CINDY A. PEDRO,
Respondent/Real-Party-In-Interest.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001125; CIVIL NO. 09-1-2899)

ORDER OF CORRECTION
(By:  McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed
December 6, 2017, is corrected as follows:

On page 1, the opinion date is changed to December 6, 2017 to
reflect the date the opinion was filed, and

On page 15, line 14, the year "2004" is changed to "2014."

The Clerk of the Court is directed to take all necessary steps to
notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, December 7, 2017.

/s/ Sabrina S. McKenna

Associate Justice

